UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMON L. CAMPBELL, | ) | 3:11-CV-0290-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 23, 2012 |
| | ) | |
| COLIN BROWN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for issuance of summons (#30) is **GRANTED**.  The Office of the Attorney General has filed the last known address of **Conrad Schaff** *under seal* (#29), and the address shall be kept under seal by the court and shall not be provided to the plaintiff.

   The Clerk shall **ISSUE** a summons for **Conrad Schaff** and send the same to the U.S. Marshal with the address provided under seal.  The Clerk shall **SEND** to plaintiff a USM-285 form, a copy of the amended complaint (#22), and a copy of this order for the defendant. Plaintiff shall have until **Friday, May 11, 2012** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

   **IT IS SO ORDERED**.

                                                            LANCE S. WILSON, CLERK

                                                    By:          /s/
                                                                Deputy Clerk