UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAMON L. CAMPBELL, ) | 3:11-CV-0290-ECR (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 15, 2012 |
| ) | |
| COLIN BROWN, et al., ) | |
| ) | |
| Defendant(s). ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for an additional summons for service of Conrad Schaff, Sr. (#57) is **DENIED as moot.** The U.S. Marshal has a current summons for Mr. Schaff and a copy of the complaint. However, the Marshal does not have the requisite USM-285 form required for service of process. Therefore,

The Clerk shall **SEND** shall plaintiff one USM-285 form and one copy of this order for the defendant. Plaintiff shall have until **Wednesday, August 29, 2012** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

If plaintiff fails to follow this order, defendant Conrad Schaff, Sr. will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
Deputy Clerk

```
____ FILED       ____ RECEIVED
____ ENTERED     ____ SERVED ON
       COUNSEL/PARTIES OF RECORD

            AUG 2 0 2012

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```